UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21 CR 483 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ALBERT COSEY, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

　　　　This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Albert Cosey, which was referred to the Magistrate Judge with the consent of the parties.

　　　　On June 23, 2021, the government filed a 1 count Indictment, charging Defendant Cosey with Felon in Possession of Firearms and Ammunition , in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Defendant was arraigned on August 6, 2021, and entered a plea of not guilty to count 1 of the Indictment, before Magistrate Judge Greenberg.  On November 9, 2021, Magistrate Judge Parker received Defendant Cosey's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

　　　　Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

　　　　On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Cosey is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the

plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Albert Cosey is adjudged guilty to count 1of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2) This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on March 4, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 28, 2021